**Order entered April 18, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01740-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**FRED C. THOMAS, Appellee**

**On Appeal from the County Criminal Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. MB-12-71054-H**

## ORDER

The reporter's record is overdue in this State's appeal from the trial court's order granting appellee's motion to dismiss. Accordingly, the Court **ORDERS** Trashuna Salaam, official court reporter of the County Criminal Court No. 7, to file, within **FIFTEEN DAYS** of the date of this order, the reporter's from the hearing conducted on appellee's motion to dismiss.

We **DIRECT** the Clerk send copies of this order, by electronic transmission, to Trashuna Salaam, official court reporter, County Criminal Court No. 7, and to counsel for all parties.

/s/      DAVID EVANS
         JUSTICE